MARION A. WALKER, complainant-appellant,

*v.*

PRUDENTIAL CONSTRUCTION COMPANY, defendant-respondent.

[Submitted October 25th, 1935. Decided January 31st, 1936.]

544

546

*Messrs. Lum, Tamblyn & Fairlie* and *Mr. John S. Foster,* for the appellant.

*Mr. William Phillipson* and *Mr. Harry Phillipson,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons expressed in the opinion of Vice-Chancellor Buchanan.

*For affirmance*—THE CHIEF-JUSTICE, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 12.

*For reversal*—None.